Theodore J. SANSOUCIE, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103142

Missouri Court of Appeals, Eastern District, **DIVISION FIVE.**

Filed: October 4, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied December 1, 2016

Application for Transfer Denied January 31, 2017

Srikant Chigurupati, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Christine Lesicko, Asst. Atty. Gen., for respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

The movant, Theodore Sansoucie, appeals the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's judgment denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).